COUNTY OF NASSAU, Respondent, *v.* BENJAMIN DAVIS et al., Defendants, and HELEN JASCHEK, Appellant.

Submitted October 19, 1943; decided December 2, 1943.

*Nathaniel Taylor* for appellant.

*Eugene R. Hurley* for respondent.

Appeal dismissed without costs on the ground that the order does not finally determine the special proceeding within the meaning of the constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.